JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBICEL AGUILAR PEREZ,   ) | Case No. SA CV 12-1043-SP |
| Petitioner,   ) | |
| v.   ) | **JUDGMENT** |
| WASCO STATE PRISON,   ) | |
| Respondent.   ) | |

    Pursuant to the Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment,

    IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: January 29, 2013

_____
SHERI PYM
UNITED STATES MAGISTRATE JUDGE